UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS T. FRANKLIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| STATE OF GEORGIA, | : | CIVIL ACTION NO. |
| Respondent. | : | 1:13-CV-2648-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Petitioner is confined at Autry State Prison in Pelham, Georgia. (Doc. 1 at 1.) Petitioner, pro se, filed with the Court a "Motion to Vacate Void Sentence" that challenges the sentence he received in the Superior Court of Candler County, Georgia. (Doc. 1 at 1.)

Petitioner's motion has the state court, not this Court, in the caption, so it is not clear if he mistakenly filed it with this Court. (*Id.*) Any challenge to his state sentence that Petitioner intends to assert in federal court must be asserted under 28 U.S.C. § 2254, the federal habeas statute applicable to judgments rendered in criminal cases in state court. Because Petitioner seeks relief from his state judgment and filed his motion in federal court, the Court should treat his filing as one under § 2254 rather than dismissing the action.

AO 72A
(Rev.8/82)

A state prisoner may file a § 2254 action in the federal district within which the prisoner was convicted or in the federal district within which the prisoner is confined. 28 U.S.C. § 2241(d).  However, it is the long-standing policy and practice of the United States District Courts for the Middle, Northern, and Southern Districts of Georgia to adjudicate all § 2254 actions in the district within which the state prisoner was convicted.  Adherence to this policy allows each district court to consider habeas matters coming only from state courts within its jurisdiction and ensures an equitable distribution of habeas cases between the districts of this State.

The place of petitioner's challenged convictions and sentence – Candler County – is within the jurisdiction of the U.S. District Court for the Southern District of Georgia.  Consistent with the policy and practice of the federal district courts in Georgia, the undersigned **RECOMMENDS** that the Court **TRANSFER** this action to the U.S. District Court for the Southern District of Georgia, Statesboro Division, for further proceedings.

**SO RECOMMENDED**, this 13 day of August, 2013.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)