IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCUS T. FRANKLIN,

    Petitioner,

      v.

STATE OF GEORGIA,

    Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-2648-TWT

## ORDER

This is a pro se habeas corpus  action.  It is before the Court on the Report and Recommendation [Doc.  2] of the Magistrate Judge recommending transfer of this action to the United States District Court for the Southern District of Georgia.  In response to the Report and Recommendation, the Petitioner says that he does not want the case filed in federal court now.  This action is DISMISSED without prejudice.

SO ORDERED, this 30 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Franklin\r&r.wpd